```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

| | |
|---|---|
| RHONDA F. BRADLEY, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :    CIVIL ACTION 06-0352-M |
| | : |
| JO ANNE B. BARNHART, | : |
| Commissioner of | : |
| Social Security, | : |
| | : |
|     Defendant. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Rhonda F. Bradley and against JO Anne B. Barnhart.

DONE this 13th day of December, 2006.

                                         s/BERT W. MILLING, JR.
                                         UNITED STATES MAGISTRATE JUDGE