```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

RHONDA F. BRADLEY, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 06-0352-M
:
MICHAEL J. ASTRUE, :
Commissioner of :
Social Security, :
:
    Defendant. :

<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be **GRANTED**, without objection, and that Plaintiff's attorney be **AWARDED** an EAJA attorney's fee in the amount of $1,412.50. No costs are taxed.

DONE this 2nd day of April, 2007.

                                    <u>s/BERT W. MILLING, JR.</u>
                                    UNITED STATES MAGISTRATE JUDGE